UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
9/30/2020
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

|  |  |
|---|---|
| SANDRA DENISE REID, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 20-2533 (UNA) |
| STATE OF GEORGIA, *et al.*, | ) |
| Defendants. | ) |

## MEMORANDUM OPINION

This matter is before the Court on review of this *pro se* plaintiff's application to proceed *in forma pauperis* and her civil complaint. Plaintiff's claims pertain to physical injuries she sustained in an accident in Tift County, Georgia, medical care she was denied, and discrimination she allegedly has suffered. All of the parties are in Georgia, and none of the events giving rise to plaintiff's claims occurred in the District of Columbia. For these reasons it does not appear that venue in this district is proper, or that this Court properly may exercise personal jurisdiction over the defendants. Furthermore, the Court notes that plaintiff's claims are substantially similar to the claims she has brought in a lawsuit pending before the United States District Court for the Middle District of Georgia. *See Reid v. Dobard*, No. 7:20-CV-22 (HL) (M.D. Ga. Dec. 4, 2019); *see also Reid v. Georgia Dep't of Labor Career Ctr.*, No. 7:16-CV-229 (HL) (M.D. Ga. May 10, 2017).

The Court will grant plaintiff's application to proceed *in forma pauperis* and dismiss the complaint without prejudice. An Order is issued separately.

DATE: September 30, 2020                    /s/
RUDOLPH CONTRERAS
United States District Judge